# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| RONALD CHANCE GORNTO, JR., | * |
| | * |
| Plaintiff, | *  CIVIL ACTION NO.: 2:15-cv-22 |
| | * |
| v. | * |
| | * |
| NEIL JUMP, T.J. KIDDER, and MRS. GRANT, | * |
| | * |
| Defendants. | * |

### ORDER

Plaintiff, seeking to proceed in forma pauperis, brought this action pursuant to 42 U.S.C. § 1983. By Order dated April 24, 2015, the Court advised Plaintiff of the Prison Litigation Reform Act's procedures and requirements for filing and litigating prison civil rights suits. Dkt. No. 3. The Court granted Plaintiff leave to proceed in forma pauperis, and instructed him to sign and return the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement. Id.

The Court emphasized that Plaintiff must return these forms within thirty (30) days from the date of the Order in order to proceed with this action. Id. at p. 3. Moreover, the Court made clear that if Plaintiff did not timely respond to the

AO 72A
(Rev. 8/82)

Order, "the Court will presume that Plaintiff desires to have this lawsuit voluntarily dismissed, and the Court will dismiss Plaintiff's case without prejudice." Id. at p. 4.

Plaintiff has entirely failed to respond to the Court's April 24, 2015 Order. Specifically, he has not submitted the Consent to Collection of Fees from his Trust Account and the Prisoner Trust Fund Account Statement.

It is a long-established principle that this Court has the authority to dismiss an action sua sponte for a plaintiff's failure to prosecute. Fed. R. Civ. P. 41(b); Link v. Wabash Railroad Company, 370 U.S. 626 (1962). While the Court exercises this authority with caution, dismissal is appropriate in this case as the Court cannot proceed due to Plaintiff's failure to submit documentation of his prison trust fund account and his failure to consent to the collection of fees from that account.

For these reasons, this action is **DISMISSED without prejudice**, and the Clerk of Court is authorized and directed to **CLOSE** this case.

**SO ORDERED**, this ___30___ day of ___June___, 2015.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)